LAND FINANCE CORPORATION, Appellant, *v.* FRANK GIORGIO, JR., as Trustee in Bankruptcy of NOX REALTY CORPORATION, Respondent, Impleaded with Others.

(Argued March 17, 1936; decided April 28, 1936.)

*Leopold Blumberg,* in person for himself as appellant, and for Land Finance Corporation, appellant.

*Maurice Hellman* and *Robert Daru* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.